```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
KARLEEN THOMPSON,                       :
                        Plaintiff,      :
                                        :    09 Civ. 1339 (DLC)
        -v-                             :
                                        :        ORDER
WNBA, A DIVISION OF THE NATIONAL        :
BASKETBALL ASSOCIATION,                 :
                        Defendant.      :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-19-09

DENISE COTE, District Judge:

Plaintiff, a California citizen, has sued the WNBA in this diversity action. In her complaint, plaintiff identifies New York as the WNBA's principle place of business and place of incorporation. At the initial pre-trial conference with the Court on April 10, defendant identified itself as a citizen of both New York and Delaware. In its July 2, 2009 motion for judgment on the pleadings or to compel arbitration, however, defendant identifies itself as "WNBA, LLC . . . inaccurately named in the above caption," and says that "WNBA, LLC is a limited liability company" whose members include the owners and operators of each of the teams in the women's professional basketball league known as the WNBA.

For the purposes of diversity jurisdiction, a limited liability company has the citizenship of each of its members. Carden v. Arkoma Assoc., 494 U.S. 185, 195-96 (1990) ("[T]he

citizenship of an artificial entity . . . depends on the citizenship of 'all the members,' 'the several persons composing such association,' [or] 'each of its members.'"); accord Handelsman v. Bedford Village Assocs. Ltd., 213 F.3d 48, 51-52 (2d Cir. 2000). Neither party having identified the members of WNBA, LLC and their respective places of citizenship, it is hereby

ORDERED that defendant shall submit a letter by October 23, 2009 identifying each of its members and their respective places of citizenship.

SO ORDERED:

Dated:   New York, New York
         October 19, 2009

                                    _____
                                         DENISE COTE
                                    United States District Judge