```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
KARLEEN THOMPSON,                         :
                         Plaintiff,       :
                                          :    09 Civ. 1339 (DLC)
              -v-                         :
                                          :         ORDER
WNBA, A DIVISION OF THE NATIONAL          :
BASKETBALL ASSOCIATION,                   :
                         Defendant.       :
                                          :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-26-09

DENISE COTE, District Judge:

Pursuant to the Court's October 19, 2009 Order, WNBA, LLC (the "Company") sent a letter to the Court dated October 23, 2009. In its letter, the Company identifies its members as including, inter alia, Sacramento Kings LP ("SKLP") and Gemini Basketball, LLC ("Gemini"). The Company represents that both SKLP and Gemini are citizens of California, and therefore, the Company is a citizen of California. Accordingly, it is hereby

ORDERED that plaintiff must show cause by **November 6, 2009** why this matter should not be dismissed for lack of subject matter jurisdiction due to the lack of complete diversity.

SO ORDERED:

Dated:   October 26, 2009
         New York, New York

                              _____
                                      DENISE COTE
                              United States District Judge